**UNITED STATES of America,**
**Appellee,**

v.

**Mario B. VALDEZ–ALDABA,**
**Appellant.**

**No. 08–3393.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 5, 2009.

Filed: July 23, 2009.

Sarah N. Swatosh, Bryan Cave LLP, Kansas City, MO, for appellant.

Elizabeth A. Murray, Spec. Asst. U.S. Atty., Springfield, MO, for appellee.

---

**50**

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Mario Valdez–Aldaba appeals the district court's[1] dismissal of his post-judgment motion seeking to modify his sentence to grant him credit for time served on a state sentence. The district court dismissed the motion as untimely under Federal Rule of Criminal Procedure 35(a). Valdez–Aldaba's counsel has moved to withdraw.

Because Valdez–Aldaba's post-judgment motion was filed more than eighteen months after his sentencing, we conclude that the district court correctly denied it as untimely, whether it is characterized as a motion to correct a sentence under Rule 35(a), or as a motion for relief from an illegal sentence under section 2255. *See* 28 U.S.C. § 2255(f)(1) (indicating motion for relief from sentence under § 2255 must be filed within 1 year from date on which judgment of conviction became final); Fed. R.Crim.P. 35(a) (providing for correction of sentence "[w]ithin 7 days after sentencing").

Accordingly, we affirm and grant counsel's motion to withdraw.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.